UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 17-47 |
| | : | |
| OMAR MORALES COLON | : | |

O R D E R

AND NOW this _____ day of _____, 2021, upon consideration of Defendant Omar Colon's Request for Emergency Hearing to Address the Need for Immediate Post-Operative Medical Care, it is hereby ORDERED that:

Defendant's Request is GRANTED and that a hearing on this matter will be held on _____, 2021.

BY THE COURT:

_____
HONORABLE LEONARD P. STARK
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 17-47 |
| | : | |
| OMAR MORALES COLON | : | |

DEFENDANT OMAR COLON'S REQUEST FOR AN EMERGENCY HEARING
TO ADDRESS THE NEED FOR IMMEDIATE POST-OPERATIVE MEDICAL CARE

Omar Colon, through his attorney, Caroline Goldner Cinquanto, hereby files this Request for an Emergency Hearing to Address the Need for Immediate Post-Operative Medical Care. In support thereof, Mr. Colon states as follows:

1. On March 1, 2021, Mr. Colon received surgery to repair his Achilles tendon. After the surgery, Mr. Colon was returned to FDC Philadelphia.

2. Prior to the surgery, on October 28, 2020, Stephen Raiken, M.D., gave very specific post-operative care instructions as follows:

> Surgery is an outpatient procedure for which Mr. Colon would leave the same day. Following surgery, for two to three weeks, Mr. Colon would need to be maintained in an infirmary environment being able to keep his leg elevated above his heart for 23 hours a day with only getting up for bathroom and hygiene privileges or for short period to eat. He would need to be non-weight bearing on the extremity. After two weeks, he would be placed in a boot and be able to keep the leg elevated more at waist level but would remain non-weight bearing until the six-week time period. At approximately six weeks, he can start ambulating on the leg in a boot and start doing physical therapy twice per week for ten weeks to start rehabbing the extremity. He would need to be in the boot for a total of three to four months. Thereafter, therapy could be done on his own. The patient would need follow-up for approximately three to four months. From a wound care perspective, no specific wound care would be

2

> required as long as the wound heals as planned and he is able to keep the leg appropriately elevated during the early perioperative period. (Exhibit A)

3. The Bureau of Prisons was given a copy of this letter in October and is fully aware of Dr. Raiken's post-operative instructions.

4. FDC Philadelphia is not equipped to handle Mr. Colon's post-operative needs, as it is not an "infirmary environment". Specifically, Mr. Colon is unable to elevate his leg above his heart as directed, as he is assigned a bottom bunk. He is unable to remain in bed for 23 hours a day. Mr. Colon reports that he has received no follow up medical care.

5. Most importantly, Mr. Colon reports that he is currently in excruciating pain. He is not receiving pain medication and, in fact, had to *walk* to the commissary to buy his own Tylenol of which he is currently self-medicating by taking 1200 milligrams every four hours.

6. On March 3, 2021, at 3:17 p.m., undersigned counsel and mitigation specialist, Meg Miles, were notified of these facts by Mr. Colon's family.

7. Immediately thereafter, Ms. Miles called Alisha Gallagher, Senior CLC Attorney at the Federal Detention Center, to inform her of Mr. Colon's urgent medical situation. Ms. Gallagher could not be reached by telephone.

8. On March 4, 2021, at 9:32 a.m., Ms. Miles sent Ms. Gallagher an email copying undersigned counsel informing her of Mr. Colon's urgent medical situation. As of 2:50 p.m. on March 4, 2021, there has been no response from Ms. Gallagher.

9. Undersigned counsel requests a hearing as soon as possible to determine if the FDC can adequately address Mr. Colon's post-operative care as directed by his surgeon in Exhibit A and, if not, what conditions of release would be appropriate so that Mr. Colon can seek post-operative medical care personally.

WHEREFORE, undersigned counsel respectfully requests that a hearing be held as soon as possible – either in person or by way of video – in order to address Mr. Colon's urgent medical situation.

                                      Respectfully submitted,

                                      Caroline Goldner Cinquanto, Esq.
                                      123 S. Broad Street Suite 2500
                                      Philadelphia, PA  19109
                                      Office: (215) 735-1600 Cell: (267) 565-7412
                                      carrie@cgclegal.com
                                      Counsel for Omar Colon
                                      March 4, 2021

CERTIFICATE OF SERVICE

Caroline Goldner Cinquanto, Esquire, hereby certifies that a true and correct copy of Defendant Omar Colon's Request for an Emergency Hearing to Address the Need for Urgent Post-Operative Medical Care was served upon government counsel, Whitney Cloud and Jennifer Welsh, via the Court's electronic filing system.

Date:  March 4, 2021

Caroline Goldner Cinquanto, Esq.
Counsel for Omar Colon