IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 17-47-LPS-1 |
| | ) | |
| OMAR MORALES COLON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this **28th** day of **May, 2021**, having held a Status Conference with the parties on May 27, 2021,

IT IS HEREBY ORDERED that a Status Telephone Conference is set for **Friday, June 11, 2021** at **4:15 p.m.**, with the government coordinating the call.

IT IS FURTHER ORDERED that the government shall file a joint status report on or before **June 10, 2021**.

_____
UNITED STATES DISTRICT JUDGE