# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 17-47-1-LPS |
| : | |
| OMAR MORALES COLON, : | |
| Defendant : | |
| : | |

## JOINT STATUS REPORT

Per the Court's Oral Order of May 28, 2021 (D.I. 387), the parties submit the following joint status report.

1. On May 27, 2021, the Court held an in-person status hearing to discuss the appointment of Ms. Chavar as Mr. Colon's new counsel and to set expectations for the September 20, 2021 trial on Counts 1-4.

2. Since the status conference, Ms. Chavar has spoken with Mr. Colon and with Mr. Colon's daughter. There are no current issues to address with the Court.

3. The parties expect and are working toward a September 20, 2021 trial.

4. The parties are available to discuss any of the above with the Court on the scheduled teleconference of June 11, 2021, or to update the Court as ordered or as the situation requires.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

_____/s/_____          By:  ___/s/_____
Dina Chavar                                Whitney C. Cloud
Attorney for Omar Morales Colon            Jennifer K. Welsh
                                           Assistant United States Attorneys

Dated:   June 10, 2021