

OFFICE OF THE **FEDERAL PUBLIC DEFENDER**
FOR THE DISTRICT OF DELAWARE

Eleni Kousoulis
Federal Public Defender

February 17, 2022

The Honorable Leonard P. Stark
United States District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, Delaware 19801

        **RE:**    *United States v. Omar Colon, et al.*
                <u>Criminal Action No. 17-cr-47-LPS</u>

Dear Judge Stark,

    Mr. Colon, who is acting *pro se*, has submitted to me for filing on his behalf a Second Supplement to his Rule 33 Motion. The Supplemental Motion is Mr. Colon's work product. I am filing it electronically in my capacity as standby counsel.

    Mr. Colon is copied on this letter, and my office will provide him with a copy of the filed motion.

                                                           Sincerely,

                                                          <u>*/s/ Janet Bateman*</u>
                                                          JANET BATEMAN
                                                          First Assistant
                                                          Office of the Federal Public Defender
                                                          Standby Counsel for Omar Colon

Cc:    Omar Colon
          Reg. No.: 08929-015
          FDC Philadelphia
          Federal Detention Center
          P.O. Box 562
          Philadelphia, PA 19105

OFFICE OF THE **FEDERAL PUBLIC DEFENDER** DISTRICT OF DELAWARE
800 KING STREET, SUITE 200, WILMINGTON, DE 19801   P 302.573.6010   F 302.573.6041   www.de.fd.org